**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |
| | Re: Docket Nos. 11798, 11789 |

### <u>NOTICE OF APPEAL AND STATEMENT OF ELECTION</u>

PLEASE TAKE NOTICE that J.D. (Claimant SST908123) submits this Notice of Appeal in conformity with Bankruptcy Form B417A.

**Part 1:  Identify the appellant(s)**

1. **Name(s) of appellant(s)**:  J.D. (Claimant SST908123).

2. **Position of appellant(s) in the bankruptcy case that is the subject of this appeal**: Creditor.

**Part 2:  Identify the subject of this appeal**

1. **Describe the judgment—or the appealable order or decree—from which the appeal is taken:**

   a. Each and every part of the Opinion, dated February 5, 2024 (Docket No. 11789) (the "Opinion," attached hereto as **Exhibit A**).

   b. Each and every part of the Order Denying Motion, dated February 5, 2024 (Docket No. 11798) (the "Order," attached hereto as **Exhibit B**).

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2. **State the date on which the judgment—or the appealable order or decree—was entered**:  February 5, 2024.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party:   Hon. Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust

   Attorney:   **PACHULSKI STANG ZIEHL & JONES LLP**
   Richard M. Pachulski (CA Bar No. 90073)
   Debra I. Grassgreen (CA Bar No. 169978)
   James E. O'Neill (DE Bar No. 4042)

   919 N. Market Street, 17th Floor
   P.O. Box 8705
   Wilmington, DE 19899-8705 (Courier 19801)

   Telephone: (302) 652-4100
   Facsimile: (302) 652-4400
   Email:   rpachulski@pszjlaw.com
              dgrassgreen@pszjlaw.com
              joneill@pszjlaw.com

   **GILBERT LLP**
   Kami E. Quinn (admission pro hac vice)
   Emily P. Grim (admission pro hac vice)
   Sarah A. Sraders (admission pro hac vice)

   700 Pennsylvania Avenue, SE
   Suite 400
   Washington, DC 20003

   Telephone: (202) 772-2200
   Facsimile: (202) 772-3333
   Email:   quinnk@gilbertlegal.com
              grime@gilbertlegal.com
              sraderss@gilbertlegal.com

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the

appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

Dated:   <u>February 16, 2024</u>

<u>*/s/ Katherine L. Hemming*</u>
Signature of attorney for appellant
Name, address, and telephone number of attorney:

**CAMPBELL & LEVINE, LLC**
Katherine L. Hemming (BAR #5496)

222 Delaware Avenue
Suite 1620
Wilmington, DE  19801

Telephone:  (302) 426-1900
Email:        khemming@camlev.com

**NYE, STIRLING, HALE, MILLER & SWEET, LLP**
Joel M. Walker (BAR #26515)

1145 Bower Hill Road
Suite 104
Pittsburgh, PA 15243

Telephone:  (412) 443-4145
Email:        jmwalker@nshmlaw.com